## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Anne France Ziegenhorn,

_____,

_____,

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**Case No.:** 3:22 CV 5981- MCR-EMT
*(To be filled in by the Clerk's Office)*

v.

Bank of America Corporation

U.S. Bank Trust for LSF9

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*
See Attached          /

**Jury Trial Requested?**
☒ **YES**  ☐ **NO**

FILED USDC FLND PN
MAY 5 '22 PM4:42

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff(s)

1. Plaintiff's Name: Anne Ziegenhorn

   Mailing Address: c/o Post Office Box 1234

   Fort Walton Beach, Florida [32549]

   City, State, and Zip Code: _____

   Telephone: _____ (Home) 850 543 0390 (Cell)

2. Plaintiff's Name: _____

   Address: _____ N/A _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.  For individual Defendants, identify the person's official position or job title, and mailing address.  Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: Eric Scott Aden

   Official Position: Okaloosa County Sheriff

   Employed at: Okaloosa County Sheriff Department

   Mailing Address: 50 Second Street

   Shalimar, FL 32579

   X Sued in Individual Capacity        X Sued in Official Capacity

2. Defendant's Name: Judge William F. Stone

   Official Position: Okaloosa County Judge

   Employed at: Okaloosa County Courthouse

   Mailing Address: 1940 Lewis Turner Blvd

   Fort Walton Beach, FL 32547

   X Sued in Individual Capacity        X Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by*

   *attaching additional pages, as needed.)* See additional pages

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☒ State/Local Officials *(§ 1983 case)*

## III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.* You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

Redress for Relief and Remedy. I have a Land Patent on my private property located at One Country Club Court, Shalimar, Florida near [32579] in Okaloosa County, Florida. I documented all documents at the Okaloosa

**Factual Allegations, Continued** *(Page ___ of ___)*

County Courthouse including my National Status, no longer U.S. Citizen status. Once I learned of mortgage fraud and a false date provided by the banks involved and the judge allowing falsified documents into a foreclosure case against my man and myself, I challanged it knowing the courts would give remedy. However, that did not happen. Our lawful Land Patent and Quiet Claim where ignored by Judge Stone and Sheriff Aden. They did unlawfully a Writ of possession and threw us out and all of our belongings onto the driveway, front patio, and dirt. Destroying (See attached)

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Breach of contract

Falsifed Documents

Mail Fraud

Racketeering

Treason        See attached)

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

Damages

Court orders Null + void

Arrest goes away

Okaloosa Sheriff and Judges learn about Nationals.

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 5/5/22 Plaintiff's Signature: _Anne Frances Ziegenhorn_

Printed Name of Plaintiff: _Anne Frances Ziegenhorn_

Address: _% Post Office Box 1234_

_Fort Walton Beach, Florida near [32549]_

E-Mail Address: _anneZieg@yahoo.com_

Telephone Number: ___850 543-0390___

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*

# In The United States District Court for the Northern District of Florida state, the Republic, Pensacola Division

Anne Ziegenhorn
c/o One Country Club Court
Shalimar, near 79(32579)
Florida state, the Republic

Mail to:
    c/o Post Office Box 1234
    Fort Walton Beach, near 49(32549)
    Florida state, the Republic

Claimant,

vs.

Case #_____
Common Law Claim

BANK OF AMERICA CORPORATION
US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST
CALIBER HOME LOANS INC
FAY SERVICING, LLC
OKALOOSA COUNTY in their official and individual capacity
OKALOOSA COUNTY CLERK OF COURT in their official and individual capacity
OKALOOSA COUNTY PROPERTY APPRAISER in their individual and official capacity
OKALOOSA COUNTY SHERIFF OFFICE in their individual and official capacity
OKALOOSA COUNTY TAX COLLECTOR in their individual and official capacity
EMERALD COAST LEGAL PROCESS in their individual and official capacity
RISING STAR REALTY in their individual and official capacity
ERIC S. ADEN in their individual and official capacity
OKALOOSA SHERIFF DEPUTIES WHO PARTICIPATED in their individual and official capacity
TERRANCE R. KETCHEL in their individual and official capacity
ANGELA D. MASON in their individual and official capacity
WILLIAM F. STONE in their individual and official capacity
J.D. PEACOCK II in their individual and official capacity
MACK BUSBEE in their individual and official capacity
BEN ANDERSON in their individual and official capacity
JOE HURLEY in their individual and official capacity
MALLORY BODNAR in their individual and official capacity
OKALOOSA COUNTY STATES ATTORNEY OFFICE in their individual and official capacity
GINGER MADDEN in their individual and official capacity
MARSHALL MOLL in their individual and official capacity
John and Jane Does (1 through 25) in their individual and official capacity

Respondents.

COMMERCIAL AFFIDAVIT OF MORTGAGE FRAUD B OF A – US BANK TRUST- CALIBER HOME LOANS - FAY SERVESING - PENSICOLA DISTRICT COURT JUDICIARY COUNCIL- OKALOOSA, COUNTY SHERIFF OFFICE AGENTS-AZ

---------------------------------------------------------------------------------------------------

# Affidavits

Comes Now, Anne Ziegenhorn, Petitioner herein, one of the Private People in the Florida Republic, one of The United States of America, a Union of republic Sworn under penalties of perjury, under The Laws of The United States of America and of the Florida Republic, and states that Petitioner is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of petitioner's firsthand knowledge on Petitioner unlimited commercial Liability.

Now comes the claimant, in propria personna, and relying on the decisions in *Hains v. Kerner*, 404 U.S. 519 and show their Complaint against the respondants as follows:

JURISDICTION

1. FOR STATE COURTS (Jurisdiction in this action at law is based on the Constitution of the United States and in particular the 7th amendment as this is a suit at common law. Jurisdiction is further invoked under the Constitution of the state of Florida an in particular by the …amendment which preserves the right to trial by jury in an action at law and jurisdiction is further invoked under 18 U.S.C. Sec. 1964.

2. FOR FEDERAL COURTS Use the following- (Jurisdiction is revoked under 28 U.S.C. Sec. 1332 and involves diversity of citizenship and more than $ 10,000 in controversy and jurisdiction is further invoked under 42 U.S.C. 1983 et seq. and 18 U.S.C. Sec. 1964 as well as the Constitution of the United States and in particular the 7th amendment as this is a "suit at

common law." This Complaint is filed in propria personna pursuant to Hains vs. Kerner, 404 U.S. 519).

PARTIES TO THE ACTION

2. The claimant in this action are citizens of the United States and residents of the state of Florida. The claimant names and addresses are as follows: Anne Ziegenhorn, One Country Club Court, Shalimar, Florida.

The respondants in this Complaint are BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC

whose business address is as follows: BOA: 100 North Tryon Street, Charlotte, NC 28255, US BANK TRUST and CALIBER share the same mailing address: CALIBER HOMES LOANS, INC: 13801 Wireless Way, Oklahoma City, OK 73134, FAY SERVICING, LLC: P. O. Box 11129, Nashville, TN 37222, OKALOOSA COUNTY: 302 N Wilson St. suite 101, Crestview, FL 32536-3474, OKALOOSA COUNTY CLERK OF COURT: TERRANCE KETCHEL, ANGELA D. MASON,  WILLIAM F. STONE, J.D. PEACOCK: 1940 Lewis Turner Blvd, Fort Walton Beach, FL 32547 , OKALOOSA COUNTY PROPERTY APPRAISER along with MACK BUSBEE and OKALOOSA COUNTY TAX COLLECTOR along with BEN ANDERSON: 1250 Eglin Pkwy, Shalimar, FL 32579, OKALOOSA COUNTY SHERIFF OFFICE along with ERIC S. ADEN,  and SHERIFF DEPUTIES: 50 Second Street, Shalimar, FL 32579, EMERALD COAST LEGAL PROCESS along with JOE HURLEY: 548 Mary Esther Cut-off NW box #410, Fort Walton Beach, FL 32548,

RISING STAR REALTY along with MALLORY BODNAR: 1191 Eglin Pkwy Suite G,

Shalimar, FL 32579, JOHN AND JANE DOES (1 through 25), in their individual and official

capacity whose names and addresses are unknown at this time.

FACTUAL BACKGROUND

3. On or about April 2005 BANK OF AMERICA CORPORATION (BOA), US BANK

TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS

INC AND FAY SERVICING, LLC through its loan officer did verbally represent to the claimant

that it had approved a loan to them for the sum of $250,000.00 in lawful money of the United

States and at adjustable interest rate.

4. The BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9

TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY

SERVICING, LLC and its loan officer knew or should have known that the verbal statement that

they would lend the claimant "lawful money of the United States" at an adjustable interest rate

was a false representation that was made recklessly and with deliberate and intentional disregard

for the rights for the claimant.

5. Relying on these false representations, the claimant was induced into signing a

[mortgage note, deed of trust, note, security agreement etc.] on or about April 2005. Since the

date of the loan, the claimant has made payments of principal and interest totaling $.

6. After the claimant had signed the [mortgage, deed of trust, note, etc.], BANK OF

AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER

PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC and

its officer did fail to lend the claimant lawful money of the United States for the full value of the loan. For the actual lawful money which BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC risked for the loan, estimated to be no more than 5% of the loans face value, BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC did charge an interest rate that was 20 times greater than what was authorized in the contract, and did this deliberately to the detriment and damage of the claimant.

7. In carrying out their commitment to lend lawful money of the United States, BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC did write a check for the sum of $250,000.00. BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC in writing this check, did deliberately make a loan beyond its customers' deposits.

8. The check (or checks) BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC and its officers wrote were not backed by or redeemable in Federal Reserve Notes, coins or lawful money of the United States for their full-face value.

9. The BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC and its officers did use the U.S. Mails more than twice since the date of loan

to collect money on this debt. Claimant did not become aware of the fraudulent activity of the respondants until on or around spring of 2020.

10. The only consideration which BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC provided for this loan was a book entry demand deposit which v itself created effortlessly and at virtually no cost to itself. vin stamping its own check "Paid," did make a false representation as it merely transferred some book entries and never intended to redeem this check in lawful money of the United States.

11. *U.S. Bank Trust* filed a malicious civil prosecution against my estate claiming their employees/contractors desire a foreclosure cause of action. Yet the Corporation have NO standing to sue me and my husband.

12. In filing this fake-suit (under color of law) they attempt to steal and fraudulently convey my land and home, against my consent into a *U.S. Bank Trust* which has NO ownership interest.

13. This for-profit Corporation has NO contract with me nor held title, yet they Petitioned the STATE COURT in **CASE NO. 2018 CA 001447 F** magistrate WILLIAM F. STONE acted in unified agreement the plan in action with the local Sheriff of OKALOOSA COUNTY, ERIC ADEN (who had an independent duty) to protect my liberty interest in my home from the illegal seizure by fraud and swindle as they failed to see the actual date of the original loan is not in 2007 but in fact 2005 with witnesses willing to testify.

14. WILLIAM F. STONE and ERIC ADEN had independent sworn oaths to the United States and Florida Constitution to protect me and my land and property ownership rights and were required to inspect the facts to determine if a legitimate contract exists between my husband and myself and *U.S. Bank Trust*.

15. There was No hearing held where I could inspect the facts and cross-examine the witnesses against me. The USC 5th Amendment Due process clause existed since December 15, 1791,

thus no qualified immunity exists for the willful and intentional violations of my God-given rights to my home and land.

16. The Holy Bible says: *"Thou shall NOT steal"* written by the finger of YHWH see Exodus 20:15. The Bible is the foundation of our law of the land see Public Law 97208.

17. On October 27, 2021 The Magistrate WILLIAM F. STONE acted under color of law and immediately signed a *writ of possession* order without my opportunity to be heard.

18. The court docket on 10/27/21 at 8:00 AM, writ of possession was issued to the county sheriff ERIC ADEN, grossly inadequate training and deliberate indifference to train the deputy to respect the highest law of the land see USC Article VI and protect the liberty of 𝔚𝔢 𝔗𝔥𝔢 𝔓𝔢𝔬𝔭𝔩𝔢.

19. Because inadequate training of the deputies, I have suffered an unlawful trespass of my land, home and property God-given rights.

20. WILLIAM F. STONE acted under color of law by signing an order saying: "YOU ARE COMMANDED", with direction to the executive branch to follow the unconstitutional demand to ERIC ADEN, sheriff who is required to protect me one of *"𝔚𝔢 𝔗𝔥𝔢 𝔓𝔢𝔬𝔭𝔩𝔢"* when the judicial branch encroaches on my property rights without due process. ERIC ADEN (civil servant of the executive branch) had an independent duty to stop the JUDICIAL branch from trespassing on my God-given liberty.

21. The sheriff ERIC ADEN has an independent constitutional duty to protect me, but instead ERIC ADEN blindly followed the whim of the magistrate acting under color of law when he crafted demand to seize and steal my home. The unlawful order says to: *"remove all persons."*

22. When due process was denied WILLIAM F. STONE lost any jurisdiction to render ANY order, thus the actions were not done under governmental authority.

23. The void order printed our names in ALL CAPS a "VESSEL", this is not our names, this is the name of a *corporation* set up by the STATE for my benefit.

24. The Names were improper, and the address listed in the writ of possession listed deficient land description of the property.

25. The Void order demanding the Sheriff seize my home and land states: *"possession is transferred 24 hours after the notice had been posted"*

this fraudulent conveyance was done without my consent.

26. I and my husband Joel Ziegenhorn are the sole and exclusive owner of the land and home at Lot(s) 30 Block G of Lake Lorraine Estate First Addition, as recorded in Plat Book 5 page 14 et seq of the public records of Okaloosa County Florida also known as: 1 Country Club Ct Shalimar Florida [32579].

27. I, and my husband Joel Ziegenhorn hold superior title under land patent.

28. On October 28, 2021, the OKALOOSA COUNTY official Sheriff, ERIC ADEN then violated the separation of powers by blindly following a magistrate acting in his non-judicial capacity crafted void order rendered without due process.

29. Sheriff ERIC ADEN morphing powers of the judicial and executive branches together acquiesced blindly to the void ministerial order, therefore he also participated in the crime of willfully, intentionally trespassing on my home and land without due process.

30. ERIC ADEN sent his improperly trained deputies to do the dirty-work to rob and steal my land, home, and property against my consent.

31. On October 28,2021, the grossly inadequately trained deputies began to remove me, my husband, my children, my pets, and my privately owned clothes, furniture and all valuables from my home, they set all the contents of my home in my yard and posted signs attempting to compel me to leave my home and land. They also destroyed property (evidence) I held in my home, which I needed for a lawsuit in which I am a Claimant in another unrelated matter.

32. The foundation of the *writ of possession* is/was deficient, void and erroneous. The failure by magistrate to demand *U.S. Bank Trust* prove facts showing a legitimate contract between me, my husband and *U.S. Bank Trust* (for-profit corporation).

33. When WILLIAM F. STONE breached his fiduciary duty to grant my opportunity to be heard and cross examine witnesses in my favor and put on evidence for my defense, then the rash action of WILLIAM F. STONE by signing the writ of possession without due process, deprived the court of jurisdiction to act the act is void and unenforceable.

34. The magistrate, WILLIAM F. STONE pretended to be judge, acted under color of law, breached his oath of office, and acted in his tort-feasor-capacity as a criminal, by doing so, he shed his robe of judge, or magistrate, he acted without any governmental authority or

immunity. *We the people* have withheld power from all branches of government to deprive my God-given rights defined in the USC 4th and 5th Amendments.

35. ERIC ADEN and WILLIAM F. STONE acted together without jurisdiction and had NO power to invade my God-given rights to seize my home, land and privately owned property without due process of law.

36. The USC 4th and 5th Amendment search and seizure, and Due process clause and Florida bill of rights Article 1 section 9 and 12 were clearly established at the time thus Federal Qualified or any other immunity cannot be claimed by Respondants for the willful intentional acts of depriving me of my God-given liberty to own land, property this is a crime see 18 USC 241 and 242.

37. November 30, 2021, I went back to my home because I did not consent to the illegal seizure of my land, home, and tangible property, the local untrained deputies *DESTINY CALLEN*, and *ARIEL PLANCK, were first to arrive and very respectful to me and my friends who witnessed;* deputy *ANDREW GEOGHAGAN, and another deputy came; I believe here name may be, Elizabeth Roberts,* she is the one who manhandled me, she never stated her name and she was so rough I could not see her name tag, *all* employed by ERIC ADEN came onto my land and refused to leave my land then seized me took me to the Okaloosa County Jail me without a warrant and without probable cause, in so doing the deputy, I believe it was ELIZABETH ROBERTS, if she was present(photos available to identify), who appeared agitated and wanting to arrest me cut my wrist, pulled my recent surgical incision from 7 hernia's being repaired, Hip to Hip and internally sternum to pelvic, and blew my left knee vein as trying to make me load in a car without the use of my hands as I could not get up and down from surgery easily, causing me pain and suffering. The body cameras will show all this. I requested a copy of all body cameras, yet no response to my email nor personally request to Eric Aden, acting as Okaloosa County Sheriff.

38. I was charged with *Trespassing, failure to leave property upon order by "owner", yet I am the Lawful Owner:* this started, a cause of action criminal case; **case# 2021 MM 004578 F.**

39. I claim all securities property, funds, proceeds, interest and reversionary interest in this court case.

40. The court case was created out of fraud and intent to swindle. Securities fraud is forbidden see 18 USC 1348.

41. The Realtor *MALLORY BODNAR, whom lied and claim ownership of MY PRIVATE PROPERTY,* acting in unified agreement with the void order written by WILLIAM F. STONE ordered my utilities be disconnected between me and my utility providers. *Obligations of contracts cannot be impaired* see Article 1 Section 10.This action was done without jurisdiction.

42. I was jailed and punished without a trial by jury for ignoring a void order, and consistently exercising my God given right to own and occupy and enjoy my land and home, my home is held in superior title, land patent.

43. November 30, 2021, the untrained deputies of Okaloosa County ordered my red Ford F150 Pickup to be seized while on my land by *"Destin Towing Company"* without my consent.

44. The threat is looming over me now to face criminal prosecution which is created to drain my trust funds, and the threat is also looming over my pick up truck Destin Towing Company is threatening to sell it in January 2022.

45. December 21, 2021 magistrate ANGELA D. MASON pretended to be judge, acted under color of law, breached her oath of office, and acted in tort-feasor-capacity as a criminal, by doing so, she shed her robe of judge, or magistrate, she acted without any governmental authority or immunity. *We the people* have withheld power from all branches of government to deprive my God-given rights defined in the USC 4th and 5th Amendments. She lost any jurisdiction to render ANY order, thus the actions were not done under governmental authority.

46. December 23, 2021, JOE HURLEY AND EMERALD COAST PROCESSOR promised to serve Lawsuit notices in a timely manner. Come 4 weeks later he had failed to hand deliver the notices as promised and give affidavit as promised; a request for a refund for the 3 undelivered notices, he denied via Cash App and ignored me reaching out.

47. The void order printed our names in ALL CAPS a "VESSEL", this is not our names, this is the name of a *corporation* set up by the STATE for my benefit and all orders by bot ANGELA D. MASON and WILLIAM F. STONE are void for failure to have their proper Oath before they signed orders. TERRANCE R. KETCHEL was added to the "reopened"

CASE **NO. 2018 CA 001447 F** and as of April 19, 2022 has not taken any action, but has not recused himself either. This is where STATE ATTORNEY'S OFFICE along with GINGER MADDEN as the ELECTED OFFICIAL and SHALIMAR FLORIDA BRANCH, MARSHALL MOLL take their role in all this fraud, swindling and racketeering, 18 USC 241 and 242. Over and over, I have asked for their contract to act on behalf of STATE OF FLORIDA and for me to address my accuser STATE OF FLORIDA to no avail. *Writ of Habeas Corpus* and ANGELA D. MASON was aware of my rights and did not act in my best interest to enforce Due Process; USC 5th Amendment Due process clause existed since December 15, 179.

48.  Throughout this entire ordeal, J. D. PEACOCK II, acting as OKALOOSA COUNTY CLERK OF COURT and MACK BUSBEE acting as OKALOOSA PROPERTY APPRAISER, OKALOOSA COUNTY TAX COLLECTOR and BEN ANDERSON under the direction of the OKALOOSA COUNTY ATTORNEY, allowed the theft of our private property to take place failing their duties to protect, "We The People". This is a crime see 18 USC 241 and 242 and 8 USC 1324.

COUNT ONE

BREACH OF CONTRACT. The averments of the previously numbered paragraphs are restated by reference herein. The BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC and failed to lend the claimant lawful money of the United States and instead substituted a check with the intended purpose of circulating it as money. OKALOOSA COUNTY, OKALOOSA COUNTY CLERK OF COURT, OKALOOSA COUNTY PROPERTY APPRAISER, OKALOOSA COUNTY TAX COLLECTOR, OKALOOSA COUNTY SHERIFF OFFICE, ERIC ADEN, TERRANCE KETCHEL, ANGELA D. MASON,

WILLIAM F. STONE, J.D. PEACOCK, MACK BUSBEE, BEN ANDERSON, Violation of

Oath of Office $250,000.00 (Criminal) (Felony) 18 USC 3571 Denied Proper Warrant(S)

$250,000.00 (Criminal) (Felony) 18 USC 3571

EMERALD COAST LEGAL PROCESS, RISING STAR REALTY, and OKALOOSA

SHERIFF DEPUTIES, JOE HURLEY, MALLORY BODNAR, JOHN AND JANE DOES (1

through 25) Denied Right to Truth In Evidence $250,000.00 (Criminal) (Felony) 18 USC 357;

Slavery (Forced Compliance to contracts not held) $250,000.00 (Criminal) (Felony) 18 U.S.

CODE 357; Denied Provisions in the Constitution $250,000.00 (Criminal) (Felony) 18 U.S.

CODE 357; Treason (combined above actions) (Criminal) (Felony) $250,000.00 18 U.S. CODE

3571, in their individual and official capacity Failed to ensure due Process had been done to

ensure their actions were of just cause.


COUNT TWO

MAIL FRAUD AND RACKETEERING $250,000.00 (Criminal) (Felony) (Part I), 18 DUQ. L. REV. 771

(1980), Denied Right to Truth In Evidence $250,000.00 (Criminal) (Felony) 18 USC 357; Slavery

(Forced Compliance to contracts not held) $250,000.00 (Criminal) (Felony) 18 U.S. CODE 357;

Denied Provisions in the Constitution $250,000.00 (Criminal) (Felony) 18 U.S. CODE 357;

Treason (combined above actions) (Criminal) (Felony) $250,000.00 18 U.S. CODE 3571.

The averments of the previously numbered paragraphs are referred to by reference herein.

BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST

MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY

SERVICING, LLC and all parties to the writing and processing of a check written by BANK OF

AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER

PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC on or about April 2005 through present to include OKALOOSA COUNTY, OKALOOSA COUNTY CLERK OF COURT,

OKALOOSA COUNTY PROPERTY APPRAISER, OKALOOSA COUNTY TAX COLLECTOR, OKALOOSA COUNTY SHERIFF OFFICE, EMERALD COAST LEGAL PROCESS, RISING STAR REALTY, ERIC S. ADEN and DEPUTIES, TERRANCE KETCHEL, ANGELA D. MASON, WILLIAM F. STONE, J.D. PEACOCK, MACK BUSBEE, BEN ANDERSON, JOE HURLEY, MALLORY BODNAR, JOHN AND JANE DOES (1 through 25), in their individual and official capacity

1.  . All these parties are in collusion in using the U.S. Mails and Wire Services to collect on this unlawful debt in violation of 18 U.S.C. 1341 (mail fraud) and 18 U.S.C. (wire fraud) and 18 U.S.C. 1962 in establishing a "pattern of racketeering activity" Claimant ask for triple damages for actual and compensatory damages sustained pursuant to 18 U.S.C. 1964 from each and every respondant on all counts.

COUNT THREE
**RACKETEERING** $25,000.00 (Criminal) (Felony) 18 U.S. CODE 1963.

**Conspiracy** $10,000.00 and up to $250,000.00 max (Felony) 18 U.S. CODE 241

**Extortion** $5,000. (Felony) 18 U.S. CODE 872

**Mail Threats** $5,000. (Felony) 18 U.S. CODE 876

**Fraud** $10,000.00 (Misdemeanor) 18 U.S. CODE 1001

The averments of the previously numbered paragraphs are restated by reference herein. By virtue of BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC activities in creating an unlawful debt by passing a bad check, BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC has collected an annual interest rate estimated to be twenty times greater than the amount of interest the claimant agreed to in the note they signed. This violation of contract law and usury laws is due to the fact that the actual amount of lawful money risked by BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC in making the loan was less than 5% of the loan's face value. Along with OKALOOSA COUNTY, OKALOOSA COUNTY CLERK OF COURT, OKALOOSA COUNTY PROPERTY APPRAISER, OKALOOSA COUNTY TAX COLLECTOR, OKALOOSA COUNTY SHERIFF OFFICE, EMERALD COAST LEGAL PROCESS, RISING STAR REALTY, ERIC S. ADEN and DEPUTIES, TERRANCE KETCHEL, ANGELA D. MASON, WILLIAM F. STONE, J.D. PEACOCK, MACK BUSBEE, BEN ANDERSON, JOE HURLEY, MALLORY BODNAR, JOHN AND JANE DOES (1 through 25), in their individual and official capacity, failing to make sure Due process of this matter was served.

FALSE STATEMENTS BY ANY PUBLIC OFFICIAL $250,000.00 per individual $500,000. Per Corporation. 24.01 STATUTORY LANGUAGE: (Criminal) (Felony) 18 U.S.C. § 1001

MAIL FRAUD AND RACKETEERING $250,000.00 (Criminal) (Felony) (Part I), 18 DUQ. L. REV. 771 (1980)

RIGHTS OF SOVEREIGN DENIED OR VIOLATED $250,000.00 and $100,000.00 each denied, violated or trespass (Criminal) 18 USC § 3571

ROBBERY $250,000.00 (Felony) (18 USC 2112) 18 USC § 3571, 3623

Grand Theft each $ 250,000. 18 U.S. CODE 2112


COUNT FOUR

VIOLATIONS OF TRUTH IN LENDING LAW. BANK OF AMERICA CORPORATION

(BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER

HOME LOANS INC AND FAY SERVICING, LLC on the date of April 2005 prepared the note

and mortgage agreement in writing but failed or refused to disclose material fact in either

instrument. The material facts was that Claimant was the depositor and that the Respondant(s) risked none of their assets in the exchange, or any assets of other depositors. Respondant(s) violated 12 CFR 226.17 (c)(1) of the Truth Lending Law by failing or refusing to disclose this material fact. Includes all other respondants OKALOOSA COUNTY, OKALOOSA COUNTY CLERK OF COURT, OKALOOSA COUNTY PROPERTY APPRAISER, OKALOOSA COUNTY TAX COLLECTOR, OKALOOSA COUNTY SHERIFF OFFICE, EMERALD COAST LEGAL PROCESS, RISING STAR REALTY, ERIC S. ADEN and DEPUTIES, TERRANCE KETCHEL, ANGELA D. MASON, WILLIAM F. STONE, J.D. PEACOCK, MACK BUSBEE, BEN ANDERSON, JOE HURLEY, MALLORY BODNAR, JOHN AND JANE DOES (1 through 25), in their individual and official capacity for failing to affirm Due Process was served therefore being compliant with the crimes.

COUNT FIVE

1. The claimant ask the court to empanel a Grand Jury to investigate BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC, OKALOOSA COUNTY, OKALOOSA COUNTY CLERK OF COURT,

OKALOOSA COUNTY PROPERTY APPRAISER, OKALOOSA COUNTY TAX COLLECTOR, OKALOOSA COUNTY SHERIFF OFFICE, EMERALD COAST LEGAL PROCESS, RISING STAR REALTY, ERIC S. ADEN and DEPUTIES, TERRANCE KETCHEL, ANGELA D. MASON, WILLIAM F. STONE, J.D. PEACOCK, MACK BUSBEE, BEN ANDERSON, JOE HURLEY, MALLORY BODNAR, JOHN AND JANE DOES (1 through 25), in their individual and official capacity for violations of Federal Antitrust laws and

the Federal Racketeering laws including 18 U.S.C. 1341 (mail fraud) and 18 U.S.C. 1343 (wire fraud) and 18 U.S.C. 1962 (patterns of racketeering activity) and 18 U.S.C. 241 for conspiracy to violate the claimant and other citizens Constitutional rights.

2. Claimant ask for actual damages for the sum of $1,800,000.00 per day from the denial to access her private property October 28, 2021 to present, plus interest and compensatory damages to be determined as well as three times this amount in punitive damages against each respondent convicted on any count.

3. Claimant ask for a court order declaring the [mortgage, mortgage note, note, deed of trust, security agreement, etc.] to be null and void and she and her family have their private property returned to them immediately for occupancy.

4. An injunction against the BANK OF AMERICA CORPORATION (BOA), US BANK TRUST for LSF9 TRUST MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC AND FAY SERVICING, LLC, OKALOOSA COUNTY, OKALOOSA COUNTY CLERK OF COURT, OKALOOSA COUNTY PROPERTY APPRAISER, OKALOOSA COUNTY TAX COLLECTOR, OKALOOSA COUNTY SHERIFF OFFICE, EMERALD COAST LEGAL PROCESS, RISING STAR REALTY, ERIC S. ADEN and DEPUTIES, ANGELA D. MASON, WILLIAM F. STONE, J.D. PEACOCK II, MACK BUSBEE, BEN ANDERSON, JOE HURLEY, MALLORY BODNAR, JOHN and JANE DOES (1 through 25) in their individual and official capacity, to divest themselves of any assets they have unlawfully gained and to return the same to the claimant and all other debtors or injured parties.

6. All parties and their offices, must hire an expert to teach them the history and Laws of Nationals.

By such repeated actions by all parties mentioned forthwith in this notice, a criminal conspiracy is established **of Florida Statute 777.04(3), Criminal Conspiracy, Sec. 186- 18 U.S. - Laundering of monetary instruments - 18 U.S. Code CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS - 18 U.S. Code § 1961 – Definitions - 18 U.S. Code § 1962 - Prohibited activities - 18 U.S. Code § 1964 - Civil remedies; (Cal Penal Code Sec. 211; 18 USC 2112), -Unlawful Conversion Of Property - § 18.2-115; (Cal Penal Code Sec. 532; 18 USC 1001); Constructive Fraud (11 U.S.C. § 548 -18 U.S. Code § 1001 - Statements or entries generally - Unfair, Deceptive, or Abusive Acts or Practices (UDAAP) -  209 CMR 40.00: Unfair and deceptive acts and practices in consumer transactions - VII. Unfair and Deceptive Practices Federal Trade Commission Act; Provisions against Conspiracies to Deprive Citizens of Rights (18 U.S.C. § 241) - Deprivation of Due Process Civil Rights Claims Under 42 U.S.C. § or by a knowledgeable waiver of the right to answer; - Constructive Fraud (11 U.S.C. § 548 -18 U.S. Code § 1001 - Statements or entries generally -Inland Piracy 18 U.S. Code PIRACY AND PRIVATEERING - 18 U.S. Code § 1653.Aliens as pirates - 18 U.S. Code § 1651.Piracy under law of nations - 18 U.S. Code § 1661.Robbery ashore -Unlawful Conversion Of Property - § 18.2-115. Fraudulent conversion or removal of property - Provisions against Conspiracies to Deprive Citizens of Rights (18 U.S.C. § 241) - Deprivation of Due Process Civil Rights Claims Under 42 U.S.C. § -24.00 FALSE STATEMENTS BY ANY PUBLIC OFFICIAL 24.01 STATUTORY LANGUAGE: 18 U.S.C. § 1001- 18 U.S. insurance fraud (15 USC), Code CHAPTER 95—RACKETEERING- 18 U.S. Code § 1956 - Laundering of monetary instruments - 18 U.S. Code CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS - 18 U.S. Code § 1961 – Definitions - 18 U.S. Code § 1962 - Prohibited activities - 18 U.S. Code § 1964 - Civil remedies - Unfair, Deceptive, or Abusive Acts or Practices (UDAAP) -  209 CMR 40.00: Unfair and deceptive acts and practices in consumer transactions - VII. Unfair and Deceptive Practices Federal Trade Commission Act, Violation of Oath of Office $ 250,000. 18 USC 3571, Denied Right of Reasonable Defense Arguments $ 250,000. 18 USC 3571, Defense Denied Evidence (records) $ 250,000. 18 USC 357I, Denied Right to Truth In Evidence $ 250,000. 18 USC 3571, Slavery (Forced Compliance to contracts not held) $ 250,000. 18 U.S. CODE 3571, Denied Provisions in the Constitution $ 250,000. 18 U.S. CODE 357, Treason (combined above actions) $ 250,000. 18 U.S. CODE 3571 Conspiracy $ 10,000. 18 U.S. CODE 24, Extortion 18 U.S. CODE 872, Mail Threats $5,000. 18 U.S. CODE 876, Fraud $ 10,000. 18 U.S. CODE 1001, Falsification of Documents $ 10,000. 18 U.S. CODE 1001, Perjury $ 2,000. 18 U.S. CODE 1621; MAIL FRAUD AND RACKETEERING Statute (Part I), 18 DUQ. L. REV. 771 (1980) and acts of SEDITION AND TREASON, PUBLIC HAZARD BONDING An elected official in government commiting these crimes will be charged with felonies of ($350,000) per enforcement offense, per enforcement officer, per injured party** *Federal Civil Rights Act of 1871. (42 USC 1983, 1985, 1986 . . .)*; 18 USC § 3571;

JOINING THE CONTRACT
It is agreed that a joinder fee shall be established in the amount of Ten Million United States Dollars $10,000,000.00 per each action, per each count, of all the RESPONDENTS adding not named parties herein, which attempts to impair this Contract or stultify Claimant/Affiant thereto;

and that this fee shall be due from said party. It is agreed that said party that fails to timely pay a True Bill agrees to a right of lien having been created and perfected against that party:

The specified penalty (civil) damages for crimes committed are as listed on the TABLE OF CRIMES on the following pages, drawn from the civil penalties as specified in the Criminal Codes. Undefined crimes (Constitutional violations not listed in the Criminal Code) are set by Title 18, United States Criminal Code Sections 3571. **Felonies are set at $250,000** and **misdemeanors at $100,000** for each offense by each officer or official that may be added to this lawsuit at a future date. Accounting of damages is tallied not including for each offense by each officer or official as follows:

Dated this 5th, day of _May_, 2022 A.D.

Anne Ziegenhorn
c/o One Country Club Court
Shalimar, near 79(32579)
Florida state, the republic

MAILTO:
C/O Post Office Box 1234
Fort Walton Beach, near 49 (32549)
Florida state, the republic

Florida state
Okaloosa County

I certify that on this 5th day of _May_, 2022 A.D., a Woman who is known to me to be Anne Ziegenhorn, appeared to attest and a firm that She is the Woman executing the forgoing Amended Common Law Complaint Affidavit.

I, THEREFORE, set my hand and seal in affirmation of the execution thereof

Notary Public

My Commission Expires

Date: May 5th, 2022

Seal:

TINA MARIE HUNTER
MY COMMISSION # GG962930
EXPIRES: February 26, 2024

COMMERCIAL AFFIDAVIT OF MORTGAGE FRAUD B OF A – US BANK TRUST- CALIBER HOME LOANS - FAY SERVESING - PENSICOLA DISTRICT COURT JUDICIARY COUNCIL- OKALOOSA, COUNTY SHERIFF OFFICE AGENTS-AZ
Page 18 of 18