UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANNE FRANCES ZIEGENHORN,
    Plaintiff,

vs.                                     Case No.:  3:22cv5981/RV/ZCB

BANK OF AMERICA
CORPORATION, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 12, 2022.  (Doc. 6).  The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this order.

2.    The Plaintiff's motion for summary judgment (Doc. 4) is DENIED, without prejudice as premature.

**DONE AND ORDERED** this 7th day of October 2022.

    /s/ Roger Vinson
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE